AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Central District of Illinois

Asa S. Lewis Sr

Plaintiff

V.

Caterpillar Inc.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

E-FILED
Tuesday, 10 April, 2007 11:40:11 AM
Clerk, U.S. District Court, ILCD

FILED
APR 10 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 07-1086

I, Asa S. Lewis Sr _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $ 8.50 ph
      PmI Staffing
      870 Hampton/McDonough Rd, McDonough GA. 30253   (770-957-2757)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☑ Yes    ☐ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I was receiving $226.00 a week From 3-29-07 - 4-2-07
I am back to work $8.50 ph 40 hours a week
Social Security - $625.00 month

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $147.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Home = Fair Value (mortgage balance = 213,000)
   Truck = Fair Value (loan = 37,000)
   Car = " ( loan 26,000)
   Car = " ( loan 3000)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Janie Lewis - wife
   Darnell Lewis - son          } All monies go into house support for family
   Tyric Lewis - son
   Alexis Lewis - Daughter → Does not live @ home w/me ($100.00)

I declare under penalty of perjury that the above information is true and correct.

4-9-07
Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Asa S. Lewis Sr

_____ Plaintiff(s)

vs.

Caterpillar Inc.

_____ Defendant(s)

Case No: 07-1086

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) Asa S. Lewis Sr

Page 2

Respondent (s) __Caterpillar Inc__

2. Location of EEOC office that handled your charge __Chicago Illinois__

3. Docket or case number of your charge: __21B-2004-02835__

4. Disposition (what was the final result of your charge): __Notice of Right to Sue - No conclusive finding__

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

    (✓) YES

    ( ) NO

6. Date of filing charge before EEOC: _____

7. Date of disposition by EEOC: __9/22/06__

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   (✓) YES     IPHR

   ( ) NO

2

B. If your answer is YES, describe each legal proceeding:

   1. Parties to the previous legal proceeding:
      Plaintiff(s) or petitioner(s) _Asa S. Lewis Sr_

      Defendant(s) or respondent(s) _Caterpillar Inc._

   2. Name of court or agency: _IDHR_

   3. Docket or case number: _____

   4. Name of the judge or hearing officer: _Kristi Sherrock - investigator_

   5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _Case transferred to the EEOC_

   6. Date of beginning previous proceeding: _8-4-04_

   7. Date of disposition of proceeding: _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (✓) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name __Asa Sebastian Lewis Sr.__

        2. Your address __1581 Gallup Dr. Stockbridge GA. 30281__

        3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): __N/A__

        (Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (✓) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): __Caterpillar Inc.__
        __100 N.E Adams St. Peoria Il__

4

Page 5

2. Business address: _100 N.E. Adams St._
   _Peoria Il. 61629_

3. Job position (if individual) _____
   _____

4. Status as an entity (if defendant is a business firm):

   (✓) Corporation

   ( ) Partnership

   ( ) Sole Proprietorship

   ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D. Have you attached a separate sheet naming other defendants?

( ) YES

(✓) NO

5

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A. Were you:
- ( ) Not hired?
- (✓) Discharged?
- (✓) Suspended?
- ( ) Demoted?
- ( ) Denied Promotion?
- ( ) Denied Wage Increases?
- ( ) Other (please specify) _____

    B.    State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I was employed at Caterpillar Inc. where two of my co-worker called me nigger and other inappropriate names as well as physically abused me on a regular basis. I attempted to resolve this manner by asking them to stop because it hurt and I did not play like that. They would not stop so I went to my supervisor who he himself witnessed some of their name calling and abuse first hand and still did nothing about it. I went to the local union, my superintendant and to other foremen as well as to HR reps who assured me they would take of it but did not. My Foreman, Superintendant and HR they mislead or misrepresented my attendance record and fired me for bad attendance instead of dealing with the discrimination itself.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

6

Page 7

V. RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

(✓) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(✓) Other _Disciplinary action to be taken against Discriminating parties (Foreman, Superintedent, HR rep)_

VI. JURY DEMAND    (✓) YES    ( ) NO

Signed this __7th__ day of __April__, 20_07_

_____
(Signature of Plaintiff or Plaintiffs)

ADDRESS: 1581 Gallup Dr.
Stockbridge GA. 30281

PHONE NO.: 770-506-9297 - Home
404-200-8123 - Mobil

7

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

Mr. Asa Lewis
1581 Gallup Dr
Stockbridge, GA 30281

30284+2479-81 R042

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Asa S. Lewis<br>2405 Saddle Creek Dr<br>Peoria, Illinois  61615 | From: | Chicago District Office - 440<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7001 0360 0000 0468 6030

[ ]  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2004-02835 | Kathleen Leaver,<br>Investigator | (312) 353-8766 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe,
District Director

9/22/06
(Date Mailed)

Enclosures(s)

cc:    **CATERPILLAR**

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Asa S. Lewis<br>2405 Saddle Creek Dr<br>Peoria, Illinois 61615 | From: | Chicago District Office - 440<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7001 0360 0000 0468 6030**

[ ]    On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2004-02835 | Kathleen Leaver,<br>Investigator | (312) 353-8766 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*signature: John P. Rowe*     9/22/06

John P. Rowe,<br>District Director     (Date Mailed)

Enclosures(s)

cc:    **CATERPILLAR**

RECEIVED EEOC<br>OCT 1 0 2006<br>CHICAGO DISTRICT OFFICE

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.       05W0804.03 | [X] IDHR  [X] EEOC | 2005SF0318 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| ASA S. LEWIS | 3~~09-671-4196~~ |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4502 W ROCKWELL | PEORIA, IL 61615 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) |
|---|---|---|
| CATERPILLAR INC | | 309 675 1000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 100 NE ADAMS | PEORIA, IL 61602 | 143 |

| NAME | | TELEPHONE (include area code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE    PHYSICAL HANDICAP    RETALIATION | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| | / /       08/02/2004 |
| | [ ] CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I. A. ISSUE/BASIS
   1. Harassment from February 2004, whenever I worked, through August 2, 2004 because of my race, black

B. PRIMA FACIE ALLEGATIONS
   1. My race is black.

   2. I performed duties as an Assembly Worker satisfactorily.

   3. From February 2004, whenever I worked, through August 2, 2004 I was harassed. Coworkers Aaron and Randy harassed me with crude and offensive remarks. I was called "a broke nigger" and the "bitch" of my Superintendent, Bob Snyder.

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) Karen J Bice  8-4-04 |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| OFFICIAL SEAL KAREN J. BICE NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 6-20-2006 Notary Public Seal | SIGNATURE OF COMPLAINANT    DATE   A.L.  8-4-04   X [signature]   SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year) |

EEOC FORM 5 S (5/02)    SPR9JHA3



Complainant Name: ASA S. LEWIS

Charge Number:

Page 2

> The remarks were made in the presence of Dell McGee, Foreman. McGee said nothing, and thereby supported the hostile work environment.
>
> 4. Non-black employees were not treated comparably.

II. A. II.A. ISSUE/BASIS
    1. Failure to transfer in February 2004, because of my race, black

  B. PRIMA FACIE ALLEGATIONS
    1. My race is black.

    2. I performed duties as an Assembly Worker satisfactorily.

    3. In February 2004 I was denied a transfer to second shift. The reason given by McGee and Snyder was because of my attendance.

    4. Rob (white) was not treated comparably.

III. A. ISSUE/BASIS
    1. Failure to promote in February 2004, because of my race, black

  B. PRIMA FACIE ALLEGATIONS
    1. My race is black.

    2. I applied for and I am qualified to work as a Floater.

    3. In February 2004 I was denied the position of Floater. McGee said that Supplementals can not be floaters.

    4. Aaron (white) was not treated comparably.

IV. A. ISSUE/BASIS
    1. Failure to promote because of retaliation

  B. PRIMA FACIE ALLEGATIONS
    1. I opposed racial harassment to McGee, Foreman, and Snyder, Superintendent repeatedly between December 13, 2003 and July 30, 2004.

Complainant Name: ASA S. LEWIS
Charge Number:
Page 4

    4. My handicap is unrelated to my ability to perform my duties with a reasonable accommodation, in that Respondent could have allowed me to work in Op 50.

VII. A. ISSUE/BASIS
    1. Transfer denied in July 2004, because of retaliation

  B. PRIMA FACIE ALLEGATIONS
    1. I opposed racial harassment to McGee, Foreman, and Snyder, Superintendent repeatedly between December 13, 2003 and July 30, 2004.

    2. In July 2004 I was denied a transfer to the Griffin, Georgia work site. The reason given by McGee and Snyder was because of my attendance.

    3. The denial of transfer followed my opposition to unlawful discrimination within such a period of time as to raise an inference of retaliatory motivation.

VIII. A. ISSUE/BASIS
    1. Discharge on August 2004, because of retaliation

  B. PRIMA FACIE ALLEGATIONS
    1. I opposed racial harassment to McGee, Foreman, and Snyder, Superintendent repeatedly between December 13, 2003 and July 30, 2004.

    2. On August 2, 2004 I was discharged. The reason given by McGee and Snyder was because of my attendance.

    3. The discharge followed my opposition to unlawful discrimination within such a period of time as to raise an inference of .retaliatory motivation.

JDB

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date.** Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well **in advance of the expiration of the 90-day period.**

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a **private employer** is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court.**

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a **political subdivision of the State,** such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

5/11/2000

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sarita Gaddis** and mailed to the address above or faxed to **(312) 353-4041.**

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* <u>Before filing a lawsuit,</u> but within 90 days of your receipt of the Right to Sue, or
* <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint reflecting the docket number.

If you are the Respondent you may be granted access to the file <u>only after</u> a lawsuit has been filed. Include with your request a copy of the first page of the court complaint reflecting an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Williams Lea (formerly Uniscribe), 300 West Adams, Suite 900, Chicago, Illinois, 60606-5101, (312) 279-5500.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, <u>it is recommended that you first review your file</u> to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service, <u>and you will be responsible for the cost.</u> Payment must be made directly to Williams Lea.