E-FILED
Tuesday, 10 April, 2007  11:41:20 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Asa S. Lewis Sr.

Plaintiff

**FILED**

APR 1 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Vs.                                          Case N: O7- 1086

Caterpillar Inc.

Defendants

---

## MOTION FOR LEAVE OF COURT TO FILE ELECTRONICALLY

---

This motion is being asked by this court to grant the Plaintiff authority to file electronically because the Plaintiff no longer resides in the state of Illinois and filing required paper work would prove to be difficult. The Plaintiff's new address is 1581 Gallup Dr. Stockbridge Ga. 30281.

The Plaintiff respectfully prays that this Court grants this motion.

Asa S. Lewis Sr. (Pro-Se)
1581 Gallup Dr.
Stockbridge Ga. 30281
(770) 506-9297 home
(404) 200-8123 mobile