## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ASA S. LEWIS, Sr., | ) |
|     Plaintiff, | ) |
| | )    No. 07-1086 |
| v. | ) |
| | ) |
| CATERPILLAR, Inc., | ) |
|     Defendant. | ) |

### **O R D E R**

      Before the Court is Plaintiff's Petition to Proceed In Forma Pauperis and Affidavit. (Doc. 1.) Plaintiff states in his Affidavit that he is employed and collecting social security. He makes approximately $300 per month and collects $625 per month in benefits. He also owns a house, a truck and two cars. Based on this information, the Court finds Plaintiff has adequate funds to pay the filing fee. Thus, his Petition (Doc. 1) is DENIED.

      Plaintiff has 14 days to pay the required fee or this case will be dismissed.

      ENTERED this   16th   day of April, 2007.

                                                   s/ Joe Billy McDade
                                                      Joe Billy McDade
                                  United States District Judge