E-FILED
Monday, 14 May, 2007  08:35:46 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| ASA S. LEWIS, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-1086 |
| | ) | |
| v. | ) | |
| | ) | |
| CATERPILLAR, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion for Leave. (Doc. 2.) Plaintiff is representing himself without benefit of counsel and requests leave to file documents through this Court's electronic filing system. Plaintiff states that he has moved from the State of Illinois to the State of Georgia and as a result "filing required paper work (sic) would prove to be difficult." The standard practice in this Court is to only grant practicing attorney's access to the Court's electronic filing system. For electronic security reasons, unless there are compelling circumstances, the practice is to not grant access to members of public, including pro se litigants. Plaintiff has not put forward a reason to break from the standing practice. Accordingly, Plaintiff's Motion is DENIED. However, Plaintiff is welcome to request reasonable additional time in writing to file any necessary documents with the Court when needed.

Plaintiff should reference this order when requesting additional time.

## CONCLUSION

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave (Doc. 2) is DENIED.

ENTERED this  14th  day of May, 2007.

>     s/Joe Billy McDade
> JOE BILLY MCDADE
> UNITED STATES DISTRICT JUDGE