AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Central** District of **Illinois**

Asa S. Lewis Sr.

v.

Caterpillar Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-1086

TO: (Name and address of Defendant)

Caterpillar Inc.
100 N.E. Adams
Peoria Il. 61602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Asa S. Lewis Sr.
1581 Gallup Dr.
Stockbridge GA. 30281

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ K. Burns

(By) DEPUTY CLERK

DATE  8/8/07