# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ASA S. LEWIS, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1086 |
| ) | McDade/Gorman |
| CATERPILLAR INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Caterpillar Inc. ("Caterpillar") moves to dismiss Plaintiff Asa Lewis's ("Lewis") complaint pursuant to Fed. R. Civ. P. 12(b)(5) and (6), and Local Rule 7.1. In support of its motion, Caterpillar states:

1. On September 22, 2006, the Equal Employment Opportunity Commission ("EEOC") mailed Lewis a dismissal and notice of right to sue. On April 10, 2007, 200 days after EEOC mailed the notice of right to sue, Lewis filed a complaint against Caterpillar alleging violations of Title VII of the Civil Rights Act of 1964.

2. Lewis waited until August 9, 2007, 121 days after filing his complaint, to serve Caterpillar with the summons and complaint.

3. Lewis's complaint is time-barred and must be dismissed because it: (1) was filed more than ninety days after receipt of his notice of right to sue; and (2) was served more than 120 days after being filed. *See* 42 U.S.C. § 2000e-5(f)(1); Fed. R. Civ. P. 4(m).

CH1 11298504.1

WHEREFORE, based on the foregoing and the reasons stated more fully in Caterpillar's memorandum of law in support of this motion, Caterpillar respectfully requests that the Court dismiss Plaintiff Asa Lewis's complaint with prejudice and enter a judgment in favor of Caterpillar.

Respectfully submitted,

CATERPILLAR INC.

/s/ Jason M. Torres

Joseph S. Turner
Jason M. Torres
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

August 29, 2007

CH1 11298504.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed the foregoing Defendant's Motion to Dismiss with the Clerk of the Court using the CM/ECF system and mailed a copy postage prepaid to the following:

>Asa Lewis
>1581 Gallup Drive
>Stockbridge, GA 30281

>/s/Jason M. Torres

August 29, 2007

CH1 11298504.1