**E-FILED**
Wednesday, 29 August, 2007  11:56:54 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

August 29, 2007

Asa S. Lewis, Sr.
1581 Gallup Drive
Stockbridge, GA 30281


RE: Lewis vs CAT
CASE NO. 07-1086


Dear Mr Lewis:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally,</u> <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).


                                      s/ H. Kallister

                                      JOHN M. WATERS, CLERK
                                      U.S. DISTRICT COURT


cc:  all counsel