## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed the Appearance of Jason M. Torres on behalf of Defendant Caterpillar Inc. and mailed the same postage prepaid to the following:

> Asa Lewis
> 1581 Gallup Drive
> Stockbridge, GA 30281

/s/Jason M. Torres

CH1 11299997.1