E-FILED
Friday, 07 March, 2008 04:07:04 PM
Clerk, U.S. District Court, ILCD

3/3/08

**FILED**

MAR - 7 2008

CLERK OF CO
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Whom It May Concern:

My name is Asa S. Lewis Sr. and I have a case on file with this office. My case number is 07-cv-1086 Lewis v. Caterpillar Inc.

I am writing this letter because on Friday, 08 February, 2008 the motion to dismiss was denied and the case referred to the Magistrate Judge for further proceedings. My home address is still the same but my home phone number has changed. My current address is still 1581 Gallup dr. Stockbridge Ga. 30281 and my new home phone number is 770-474-2898. My mobile number also remains the same, 309-453-6260 or 404-200-8123 If it would please the court I would prefer all calls attempted to contact me be made to my mobile number first, 404-200-8123 as it is most likely where I can be reached & most likely to remain the same throughout…

A copy of this information change has also been sent to the defendants, Caterpillar Inc.

Respectfully,

_____
Mr. A. S. Lewis Sr.
Plaintiff