E-FILED
Friday, 21 March, 2008  09:38:01 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **ASA S. LEWIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 07-1086 |
| ) | McDade/Gorman |
| **CATERPILLAR INC., a foreign** ) | |
| **corporation,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S REPORT OF RULE 26(f) PLANNING MEETING**

Defendant, CATERPILLAR INC. ("Caterpillar"), by its attorney, JASON TORRES, for its report of the parties' Rule 26(f) Planning Meeting states:

1. On March 18, 2008, one of Caterpillar's attorneys, Kathryn Clark, contacted Plaintiff Asa S. Lewis ("Lewis") to discuss the issues identified in Federal Rule of Civil Procedure 26.

2. On March 19, 2008, Ms. Clark and Lewis attempted to agree upon a joint schedule and discovery plan. Ms. Clark agreed to all of Lewis's discovery dates. Ms. Clark sent Lewis this proposed Joint Planning Meeting and Rule 16 Report for his review and approval.

3. On March 20, 2008, Lewis notified Ms. Clark that he intended to file a Motion for Clarification of Rule 26(a)(1) and that he could not agree to file a joint schedule and discovery plan until after he received clarification from the Court regarding Rule 26(a)(1). As such, Caterpillar is submitting this report without Lewis's signature.

4. Caterpillar will attempt to evaluate settlement possibilities as soon as possible. Further, Caterpillar submits the following schedule to the Court:

a. All amendments to pleadings will be filed by May 23, 2008.

b. All additional parties will be joined by May 23, 2008.

c. The parties will exchange all information required by Federal Rule of Civil Procedure 26(a)(1) by April 14, 2008.

d. Caterpillar proposes to the Court the following discovery plan:

   i. Discovery will be needed on the following subjects: alleged liability and damages related to all legal claims asserted in the Complaint.

   ii. All discovery will be commenced in time to be completed by September 12, 2008.

   iii. Identification and reports from any retained experts under Rule 26(a)(2) will be due from the Plaintiff by July 31, 2008.

   iv. Identification and reports from any retained experts under Rule 26(a)(2) will be due from Caterpillar by August 29, 2008.

   v. All dispositive motions will be filed by November 20, 2008.

e. Caterpillar requests a trial setting of 3 days.

d. Caterpillar expects production of electronic data to be minimal. Each party will produce all electronically stored data pursuant to the Federal Rules of Civil Procedure.

Respectfully Submitted,

s/Jason M. Torres
Attorney for Defendant
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000
E-mail: jtorres@seyfarth.com

2

CH1 11438843.3

**CERTIFICATE OF SERVICE**

I, Jason Torres, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Rule 16 Report to be served upon the following via the Court's electronic notification system on this 21st day of March, 2008:

>Asa S. Lewis
>1581 Gallup Drive
>Stockbridge, GA 30281

s/ Jason M. Torres

CH1 11438843.3