E-FILED
Tuesday, 25 March, 2008 02:16:30 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 2 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ASA S. LEWIS SR , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1086 |
| | ) | McDade/Gorman |
| CATERPILLAR INC., a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**MOTION FOR REQUEST OF CLARIFICATION OF THE RULE**

Plaintiff, Asa S. Lewis Sr. (Pro-Se) respectfully brings forth this Motion asking the Court for clarification of the Rule 26(a)(1)(A)(ii) and 26(a)(1)(E). Federal Rules of Civil Procedure 26(a)(1)(A)(ii) clearly states, Relevant **Documents, electronic information and tangible things** (or a description and location, by category) that are in the possession, custody, or control of the party, and that the disclosing party may use (this does not include information that will be used only to impeach the other testimony) and 26(a)(1)(E) clearly states, Basis for initial disclosure; unacceptable excuses: All "reasonably available" information must be submitted. It is not a valid excuse that: 1. Investigations are not fully complete or 2. Opponents' discovery is insufficient or 3. Opponents failed to submit discovery. The Plaintiff, as the Rule is stated, understands it to mean that even if the documents or any electronic information are in the possession of the Plaintiff that is only being used to impeach the testimony of another does not have to

be provided during the initial discovery process as long as it is it is provided by the closeout of discovery. The Plaintiff would like the Court to clarify if his (Plaintiffs) understanding of these Rules is correct and if it is not could the Court clarify.

The Plaintiff respectfully prays that this Court grants this motion by clarifying said Rule.

Respectfully;

_____
Asa S. Lewis Sr. (Pro-Se)
1581 Gallup Dr.
Stockbridge Ga. 30281
(770) 474-2898 home
(404) 200-8123 mobile
(309) 453-6260 mobile

## CERTIFICATE OF SERVICE

I, Asa S. Lewis Sr., (Pro-Se), do hereby certify that I have caused a true and correct copy of the foregoing Motion for Clarification of Rule 26 to be served upon the following via the U. S. Mail on this 24th day of March, 2008:

> Jason M. Torres
> Seyfarth Shaw LLP
> 131 S. Dearborn St., Suite 2400
> Chicago, IL 60603

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CHICAGO IL 60603

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0381 |
| Certified Fee | | $2.65 | 11 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | MAR 24 2008 |
| Total Postage & Fees | $ | $5.21 | 03/24/2008 |

7007 3020 0002 8215 4917

Sent To: Jason Torres Sed Smith/Shaw
Street, Apt. No.; or PO Box No.: 131 S Dearborn St Ste 2400
City, State, ZIP+4: Chicago IL 60603

PS Form 3800, August 2006       See Reverse for Instructions