**E-FILED**
Friday, 28 March, 2008  03:24:10 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Asa Lewis Sr. | ) | |
|      Plaintiff | ) | |
| | ) | |
|     v. | ) | Case No. 07-1086 |
| | ) | |
| Caterpillar Inc. | ) | |
|     Defendant | ) | |

## ORDER

Plaintiff has filed a "motion for request of clarification of the rule," (Doc. #18), asking this Court to confirm that his interpretation of Rule 26 is correct, or if not, to clarify the correct interpretation.

The motion is denied. The Court does not issue such rulings in a vacuum. Should a genuine dispute arise about the proper interpretation or application of Rule 26, a motion may be filed and the Court will consider the language of the rule in the context of that dispute.

ENTERED ON  March 28, 2008

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE