Jerome Jordan
P.O. Box 5000
Pekin, IL 61555

FILED
JUL 2 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 18, 2008

RE: Status letter
CV 1068 MMM
1063 JBM

Dear Clerk of Court, I am requesting as a [Pro se] Litigant a Status Request of Cause # 08-CV1063-JBM. I would like to know if an date has been made as to when this would be ruled upon. And the status of ruling on case # 08CV1068-MMM. I await your response as to the above mentioned issues and causes.

Thank you,
J. Jordan